UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

American Standard Inc.,

    Plaintiff,

vs.                                              Case No.  3:06-cv-893-J-32MCR

Curtis J. Humphrey,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Extend Discovery Deadline (Doc. 21) filed June 1, 2007.  Plaintiff seeks an extension of the discovery period in order to take the deposition of Steve Collins.  Plaintiff attempted to schedule the deposition of Mr. Collins prior to the close of discovery, however, was provided with an incorrect address by Defendant.  According to Plaintiff, after hiring a private investigator, Plaintiff learned of Mr. Collins's new address on May 29, 2007.  Subsequently, Plaintiff contacted counsel for Defendant to obtain some dates on which to depose Mr. Collins.  Counsel for Defendant would not provide any such dates and instead stated that discovery was closing on June 1, 2007.

      The Court agrees with Plaintiff that Defendant's position is unreasonable and the Court will permit Plaintiff to depose Mr. Collins.  The deposition shall take place on or before June 15, 2007.  Counsel for Defendant is cautioned that failure to cooperate will result in the imposition of sanctions.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Extend Discovery Deadline (Doc. 21) is **GRANTED**. The parties shall conduct the deposition of Mr. Collins on or before June 15, 2007. Discovery is not opened for any other purposes.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  4th  day of June, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record